■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LATAYA DAVIS, Appellant. [58 NYS3d 25]—

Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered September 13, 2012, convicting defendant, upon her plea of guilty, of criminal possession of a weapon in the third degree, and sentencing her, as a second felony offender, to a term of three to six years, unanimously affirmed.

Defendant did not make a valid waiver of her right to appeal (see *People v Powell*, 140 AD3d 401 [1st Dept 2016], *lv denied* 28 NY3d 1074 [2016]; *People v Santiago*, 119 AD3d 484 [1st Dept 2014], *lv denied* 24 NY3d 964 [2014]). However, we find that the court properly denied defendant's suppression motion.

There is no basis for disturbing the hearing court's credibility determinations. The police encounter with defendant, which led to probable cause for her arrest, was not a seizure requiring reasonable suspicion, notwithstanding that it involved a direction to stop (*see People v Reyes*, 83 NY2d 945 [1994], *cert denied* 513 US 991 [1994]; *People v Bora*, 83 NY2d 531, 535-536 [1994]), and some incidental physical contact (*see People v Francois*, 61 AD3d 524 [1st Dept 2009], *affd* 14 NY3d 732 [2010]). Defendant did not preserve her claim that the police unlawfully searched her bag after her arrest, and we decline to review it in the interest of justice. Concur—Friedman, J.P., Richter, Moskowitz, Gische and Kapnick, JJ.